**Opinion issued January 28, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00301-CV

———————————

**KENDALL SHIVE, Appellant**

**V.**

**SHIRLEY T. STINSON, Appellee**

---

**On Appeal from the 335th District Court**
**Bastrop County, Texas[1]**
**Trial Court Case No. 499-335**

---

## MEMORANDUM OPINION

---

[1] Pursuant to its docket equalization authority, the Supreme Court of Texas transferred this appeal to this Court. *See* Misc. Docket No. 20–9048 (Tex. Mar. 31, 2020); *see also* TEX. GOV'T CODE ANN. § 73.001 (authorizing transfer of cases).

On March 17, 2020, appellant, Kendall Shive, filed a notice of appeal of the trial court's December 18, 2019 order granting appellee, Shirley T. Stinson, summary judgment. On July 7, 2020, this appeal was abated, at appellant's request, to allow the parties an opportunity to finalize the terms of a settlement agreement.

The parties, representing that they have reached such an agreement, have filed a joint motion to reinstate the appeal and for disposition in accordance with the terms of the agreement. The motion requests that we reinstate the appeal, vacate the trial court's December 18, 2019 order, dismiss the case in its entirety, order that all costs on appeal be taxed against the parties who incurred the same, and order that this Court's mandate issue immediately. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the parties' motion, reinstate the appeal, vacate the trial court's December 18, 2019 order, and dismiss the case. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(e); *see e.g., Jester Venture Ltd. v. Nash*, No. 01-06-00512-CV, 2006 WL 2042358, at *1 (Tex. App.—Houston [1st Dist.] July 17, 2006, no pet.) (mem. op.) (vacating trial court's judgment and dismissing case on parties' agreed motion). We direct the Clerk of this Court that costs are to be taxed against the party who incurred the same. *See* TEX. R. APP. P. 42.1(d). We further direct the Clerk of this Court to issue the mandate immediately. *See* TEX. R. APP. P. 18.1(c). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Countiss, and Farris.